Court, Original

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

PRO SE PRISONER CIVIL RIGHTS COMPLAINT

WARNING: You cannot use this form to ask the Court to release you from prison, to shorten your sentence, or to give you back good time credits that were taken away. If that is what you want, you must use the forms for a writ of habeas corpus.

10CV964CSH

CASE NO. _____

PLAINTIFF(S) [Write the name(s) of the person(s) complaining]

Richard Ortiz

_____

_____

_____

_____

FILED 2010 JUN 18 P 1:28
U.S. DISTRICT COURT
NEW HAVEN, CT

vs.

DEFENDANT(S) [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title and place of employment if you know it.]

BETHANY LYNNE PHILLIPS, ATTORNEY,

JOSEPH S. ELDER, ATTORNEY

Et AL

_____

_____

Rev. 6/30/09

Complete every section and **SIGN THE LAST PAGE**. The Court cannot give you legal advice, so if you need help, you should call Inmate Legal Assistance at 1-800-301-ILAP (4527). It is a good idea to ask ILAP to review your complaint before you send it to the Court, to make sure that your allegations describe the kind of claim that you can make in federal court and minimize the risk that your case will be dismissed for failure to state a good legal claim.

**A.   JURISDICTION**

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check **one**:

I can bring my complaint in federal court because I am suing:

1.   ___**X**___   State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR

2.   _____   Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

**B.   PLAINTIFF(S)** (THE PERSON(S) FILING THIS COMPLAINT)

If there are more than two plaintiffs, attach additional pages. Provide items a, b, and c for each additional plaintiff.

1.   First Plaintiff

   a.   Full Name: **Richard Ortiz**

   b.   Inmate Number: **16484-014**

   c.   Correctional facility: **Federal Correctional Institution-Milan**

2.   Second Plaintiff

   a.   Full Name:

   b.   Inmate Number:

   c.   Correctional facility:

C.  **DEFENDANT(S)** (THE PERSON(S) WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

If you are suing more than six people, attach additional pages. Provide items 1, 2, and 3 for each additional defendant.

1. First Defendant

    a.  Full Name: **Bethany Lynne Phillips**

    b.  Rank or Title: **Attorney**

    c.  Workplace:

2. Second Defendant

    a.  Full Name: **Joseph Elder**

    b.  Rank or Title: **Attorney**

    c.  Workplace: **661 Wethersfield Avenue, Hartford, CT 06114**

3. Third Defendant

    a.  Full Name:  **N / A**

    b.  Rank or Title:

    c.  Workplace:

4. Fourth Defendant

    a.  Full Name:  **N / A**

    b.  Rank or Title:

    c.  Workplace:

5. Fifth Defendant

    a.  Full Name:  **N / A**

    b.  Rank or Title:

    c.  Workplace:

6. Sixth Defendant

    a.  Full Name:  **N / A**

    b.  Rank or Title:

    c.  Workplace:

D. **PREVIOUS LAWSUITS RELATED TO THIS CASE**

Tell the Court if any plaintiff has filed other state or federal lawsuits involving these defendants or events. If you need more space, attach additional pages. **Provide items a-d for each case.**

1. First Lawsuit

   a. Court and Date filed: **N / A**

   b. Caption and Docket No.:

   c. Briefly, what was this lawsuit about?

   d. Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

2. Second Lawsuit

   a. Court and Date filed: **N / A**

   b. Caption and Docket No.:

   c. Briefly, what was this lawsuit about?

   d. Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

3. Third Lawsuit

   a. Court and Date filed: **N / A**

   b. Caption and Docket No.:

   c. Briefly, what was this lawsuit about?

   d. Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

E.  **OTHER LAWSUITS**

Tell the Court if any plaintiff has filed other federal lawsuits in this court within the past ten (10) years. If you need more space, attach additional pages. **Provide items a-d for each case.**

1. <u>First Lawsuit</u>

    a.  Court and Date filed:  **N / A**

    b.  Caption and Docket No.:

    c.  Briefly, what was this lawsuit about?



    d.  Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?


2. <u>Second Lawsuit</u>

    a.  Court and Date filed:  **N / A**

    b.  Caption and Docket No.:

    c.  Briefly, what was this lawsuit about?



    d.  Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?


3. <u>Third Lawsuit</u>

    a.  Court and Date filed:  **N / A**

    b.  Caption and Docket No.:

    c.  Briefly, what was this lawsuit about?



    d.  Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

Now describe your claims.

Statement of Case

1. **Bethany Lynne Phillips** was original Counsel of Record (CJA Appt) and never provided my Defense Discovery to me despite my diligent efforts and pleas for same. Counsel Phillips refused to file any motions I sought which prejudiced me as well as consistantly sought by coercion to elicit a Plea of Guilty and never aided me.
2. **Counsel Phillips** allowed the Government to obtain Continuance after Continuance as well as withholding my Defense Discovery Package prejudicing me and denying me the ability to mount an effective defense and never sought to suppress evidence nor statements and allowed me to be prejudiced with Hearsay Statements.
3. **Counsel Phillips** never asserted nor protected my Confrontation Clause Right which caused me extreme prejudice as well as led to an unfair trial with my being unable to defend against the hearsay and allowed use of my Prior Conviction and did not seek a Bifurcated Trial which further prejudiced me.
4. **Counsel Phillips** failed to seek Laboratory Results nor contest the alleged amounts as contended by the Government which further prejudiced me and allowed me to be wrongly sentenced.
5. **Counsel Phillips** never held the Governments case to it's 'Heavy Burden of Proof' which denied me Due Process Of The Law, Effective Assistance of Counsel and a Fair Trial, and further, never condcuted any independent investigation into the governments contrived case instead only seeking to coerce me into pleading guilty.
6. **Counsel Joseph Elder,** maliciously maligned Counsel Phillips repeatedly telling me to "...get rid of her...she doesn't know what she is doing...and...the government doesn't have anything on you and I will win this...", which was the determining factor for myself and my Mother agreeing to retain Counsel Elder at the Fee of
7. Seventeen Thousand Dollars ($17,000.00).
**Counsel Elder**, began doing the exact same things as Counsel Phillips, nothing to wit never conducted an independant investigation, refused to file any motions, refused to file Motions For Severance, Motion For Bifurcated Trial, and others which greatly
8. prejudiced me and caused me to have an unfair trial and the grossly disproportionate sentence.
**Counselor Elder** immediately after obtaining the funds than began telling me as well as coercing me to plead guilty and wouldn't subject the government's case to
9. true adversarial testing.
**Counsel Elder** adamantly refused to meet Defendant's Mother, Carmen Montesdeoca at his office and instead demanded she meet him at a Bar to "...get my money!..." which made Defendant's Mother very uncomfortable especially at the untoward conver-
10. sation.
**Counsel Elder** despite being consistantly and expressly aprised of inconsistencies in the contrived amounts attributed to him by the government, refused to obtain any labcratcry analysis ncr independant labcratcry examination which allcwed Defendant to be over sentenced along with a host of other errors which prejudiced Defendant

If you need more space, attach additional pages, but be as brief as possible.

Rev. 6/30/09                                    8

G.  REQUEST FOR RELIEF

Tell the court what kind of relief you want. **Remember:** (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court-appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must pursue a Writ of Habeas Corpus.

1) Immediate Repayment In Full of my Seventeen Thousand + Dollars ($17,000.00)

2) Payment of Five Million Dollars For Denial of My Constitutional Rights ($5,000,000.00

3) Payment of Seven Million Dollars For Emotional Duress ($7,000,000.00)

* **Above to be paid jointly and severaly by Attorneys Bethany Phillips & Joseph Elder**

H.  Do you wish to have a jury trial? Yes __X__   No_____

I.  DECLARATION UNDER PENALTY OF PERJURY

Warning: **You must sign this or your complaint will not be filed.**

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge.  I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000.  See 18 U.S.C. Sections 1621, 3571.

Signature: *Richard Ortiz*
           *with honor and without prejudice*
Signed at **FCI-Milan, Milan, Michigan 48160**   on **June 14th, 2010**
           (Location)                                  (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**