UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Richard Ortiz

                                                       PRISONER
v.                                   Case No. 3:10cv964(CSH)

Joseph S. Elder
Bethany Lynne Phillips

## J U D G M E N T

This cause came on for consideration of the complaint before the Honorable Charles S. Haight, Jr United States District Judge.

On May 12, 2011, the Court filed its Initial Review Order dismissing the complaint without prejudice and declining to exercise supplemental jurisdiction over the state law claims.

Therefore, it is **ORDERED** and **ADJUDGED** that the case is dismissed and the matter closed.

Dated at Bridgeport, Connecticut this 12th of May 2011.

                                                      ROBERTA D. TABORA, Clerk

                                                      By        /s/
                                                        Maria Corriette
                                                       Deputy Clerk